UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -8 P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN HUGHES,<br><br>    Petitioner,<br><br>v.<br><br>DAVID L. WINN, et als.<br><br>    Respondents. | Civ. Action No. 04-CV-10733-REK |

## RESPONDENTS' MOTION TO DISMISS ACTION AS MOOT

Petitioner, John Hughes ("Hughes"), an inmate at Federal Medical Center Devens ("FMC Devens"), brought this suit challenging the legality of a new policy of the Bureau of Prisons ("BOP") regarding eligibility for placement in Community Corrections Centers ("CCC") at the end of a prisoner's sentence. In this suit, Hughes sought release to a CCC earlier than June 8, 2004, his "10% date" (the date by which he had 10% of his term of imprisonment remaining).[1] This suit is now moot because today, June 8, 2004, Hughes was transferred from FMC Devens via unescorted furlough to a CCC (Coolidge House in Boston, Massachusetts) for completion of his sentence.

---

[1] After he was found guilty by a jury of various federal firearms offenses, Hughes was sentenced, by this Court, on February 20, 2003, to, among other things, a term of imprisonment of 18 months.

WHEREFORE, the Petitioner's Complaint is now moot, and, accordingly Respondents request that the Court dismiss this action in its entirety.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

### Certificate of Service

I hereby certify that on this date I mailed one copy of the foregoing pleading to plaintiff's counsel, Miriam Conrad, Federal Defender's Officer, 408 Atlantic Ave., 3rd Floor, Boston, MA 02110.

Date:

_____
Jeremy M. Sternberg
Assistant U.S. Attorney

2