UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
JOHN HUGHES,                               )
          Petitioner                       )
                                           )  CIVIL ACTION
          v.                               )  NO. 04-10773-REK
                                           )
DAVID L. WINN, Warden, FMC Devens,         )
DAVID DWYER, Community Corrections         )
   Manager, U.S. Bureau of Prisons, and    )
JOHN ASHCROFT, Attorney General of         )
   the United States,                      )
          Respondents                      )
_____)

**Memorandum and Order**
July 13, 2004

### I.  Pending Matters

Pending for decision before this court are matters related to the following filings:

(1) Petition for Writ of Habeas Corpus and/or Writ of Mandamus (Docket No. 1,

filed April 15, 2004);

(2) Respondents' Motion To Dismiss Action as Moot (Docket No. 3, filed June 8,

2004).

### II.  Disposition

Respondents contend that this action is now moot, offering the following in

support of that contention:

> Petitioner, John Hughes ("Hughes"), an inmate at Federal
> Medical Center Devens ("FMC Devens"), brought this suit
> challenging the legality of a new policy of the Bureau of Prisons

("BOP") regarding eligibility for placement in Community
Corrections Centers ("CCC") at the end of a prisoner's sentence. In
this suit, Hughes sought release to a CCC earlier than June 8, 2004,
his "10% date" (the date by which he had 10% of his term of
imprisonment remaining). This suit is now moot because today,
June 8, 2004, Hughes was transferred from FMC Devens via
unescorted furlough to a CCC (Coolidge House in Boston,
Massachusetts) for completion of his sentence.

(Respondents' Mot. To Dismiss, Docket No. 3.)

Respondents' reasoning is persuasive. Moreover, petitioner has filed no

opposition. The Order below accordingly allows respondents' motion to dismiss and dismisses

this civil action as moot.

## ORDER

For the foregoing reasons, it is ORDERED:

(1) Respondents' Motion To Dismiss Action as Moot (Docket No. 3) is

ALLOWED.

(2) The Clerk is directed to enter forthwith a separate document containing a Final

Judgment as follows:

> For the reasons stated in the Memorandum and
> Order of this date, this civil action is DISMISSED AS MOOT.

_____/s/Robert E. Keeton___

Robert E. Keeton
Senior United States District Judge