UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN HUGHES,                        )
    Petitioner                      )
                                    ) CIVIL ACTION
    v.                              ) NO. 04-10773-REK
                                    )
DAVID L. WINN, Warden, FMC Devens,  )
DAVID DWYER, Community Corrections  )
    Manager, U.S. Bureau of Prisons, and )
JOHN ASHCROFT, Attorney General of  )
    the United States,              )
        Respondents                 )
_____)

## Final Judgment
July 13, 2004

For the reasons stated in the Memorandum and Order of this date, this civil action is DISMISSED AS MOOT.

Approved:                                               By the Court,

_/s/Robert E. Keeton____                                _____/s/Karen Folan____

Robert E. Keeton                                        Karen Folan, Deputy Clerk
Senior United States District Judge